IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANTHONY YOUNG,                          *

    Petitioner              *

vs.                                     *
                                        CASE NO. 4:10-CV-136 (CDL)
WILLIAM TERRY, Warden,                  *

    Respondent              *

## ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on December 10, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 4th day of January, 2011.

                                                      S/Clay D. Land
                                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE