IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANTHONY YOUNG,                          *

    Petitioner,                     *

vs.                                     *
                                        CASE NO. 4:10-CV-136 (CDL)
WILLIAM TERRY, Warden              *

    Respondent.                     *

## O R D E R

The Court on January 14, 2011 vacated its Order dated January 4, 2011 (ECF No. 8) and the judgment entered on that Order on January 5, 2011 (ECF No. 9). Having now considered Petitioner's Objections to Recommendation to Dismiss by the Magistrate Judge, the Court finds those objections to be without merit. After conducting a *de novo* review, the Court adopts the Recommendation of Dismissal by the Magistrate Judge dated December 10, 2010 and makes it the Order of the Court. In light of today's ruling and the Court's consideration of Petitioner's objections, Petitioner's Motion for Appointment of Counsel is denied as moot.

IT IS SO ORDERED, this 1st day of February, 2011.

                                                      S/Clay D. Land
                                                         CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE